Judge Barbara J. Rothstein

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| SCOTT HILLIUS, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>MAO HUA CHEN, et al.,<br><br>                Defendants. | No. 2:20-cv-00902-BJR<br><br>STIPULATED MOTION AND ORDER DISMISSING RICO CLAIMS WITH PREJUDICE, DISMISSING CLAIMS AGAINST MOUNT EMEI AND MOUNT TAI WITH PREJUDICE, DISMISSING CLAIMS AGAINST MAO HUA CHEN WITHOUT PREJUDICE, AND REMANDING CASE TO STATE COURT |

## STIPULATED MOTION

The parties to this action, by and through counsel of record, hereby stipulate as follows:

1. Plaintiffs' claims based on RICO (18 U.S.C. 1962) as set forth in paragraphs 161-78 of plaintiffs' Complaint shall be dismissed with prejudice;

2. All claims asserted against defendants Mount Emei Investment Inc. and Mount Tai Investment Inc. shall be dismissed with prejudice.

3. Defendants Mount Emei Investment Inc. and Mount Tai Investment Inc. shall be dismissed from this action;

4. All claims against Mao Hua Chen shall be dismissed without prejudice, and Mao Hua Chen shall be dismissed from the case without prejudice;

5. All pending matters before the Court shall be stricken;

6. This matter shall be remanded to Whatcom County Superior Court of the State of Washington.

DATED this 23rd day of July, 2020.

ANDERSSON CROSS-BORDER LAW CORPORATION

_____
K. David Andersson, WSBA No. 24730
R. Dallan Bunce, WSBA 47213
Attorneys for plaintiffs

DAVIS LEARY PLLC

_____
Matthew F. Davis, WSBA No. 20939
Attorneys for plaintiffs

**MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC**

/s/
_____
Benjamin I. VandenBerghe WSBA #35477
Henry G. Ross WSBA #51591
Attorneys for Defendants Mao Hua Chen;
18 Paradise, L.L.P.; Mount Tai Investment Inc.;
and Mount Emei Investment Inc.

**BURI FUNSTON MUMFORD & FURLONG, PLLC**

/s/
_____
Philip Buri, WSBA 17637
Counsel for MJ Management, O'Bryan and Williams

**CARMICHAEL CLARK, P.S.**

/s/
_____
LISA M. KEELER, WSBA No. 39463
ROBERT A. CARMICHAEL, WSBA No. 14008
Attorneys for Defendant City of Lynden

**ORDER**

This matter came before Court on the stipulation of the parties. The parties having so stipulated, IT IS HEREBY ORDERED that plaintiffs' claims based on RICO (18 U.S.C. 1962) as set forth in paragraphs 161-78 of plaintiffs' Complaint are hereby dismissed with prejudice;

IT IS FURTHER ORDERED that all claims asserted against defendants Mount Emei Investment Inc. and Mount Tai Investment Inc. are dismissed with prejudice;

IT IS FURTHER ORDERED that defendants Mount Emei Investment Inc. and Mount Tai Investment Inc. are dismissed from this action;

IT IS FURTHER ORDERED that all claims against Mao Hua Chen are dismissed without prejudice, and Mao Hua Chen shall be dismissed from the case without prejudice;

IT IS FURTHER ORDERED that all matters before the Court in this matter are stricken;

IT IS FURTHER ORDERED that this matter is remanded to Whatcom County Superior Court of the State of Washington.

DATED this 23rd day of July, 2020.

Barbara Jacobs Rothstein
U.S. District Court Judge